# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GETZ;<br><br>Plaintiff,<br><br>vs.<br><br>A & EE TOO LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case No. 8:18-CV-02135-AG-JDE<br>Hon. Andrew J. Guilford<br><br>**JUDGMENT** |

Based on the acceptance by Plaintiff Robert Getz of the Fed. R. Civ. P. ("Rule") 68 Offer of Judgment made by Defendant A & EE TOO LLC, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**:

1. Judgment entered in favor of Plaintiff Robert Getz and against Defendant A & EE TOO LLC the sum of $16,000 (Sixteen Thousand Dollars) with the result that the total judgment amount includes recoverable attorney's fees and costs accrued against Defendant A & EE TOO LLC.

2. In accordance with Defendant A & EE TOO LLC's Rule 68 Offer of Judgment,

JUDGMENT

    this shall be the total amount to be paid by Defendant A & EE TOO LLC on account of any liability claimed in this action against that Defendant, including all costs of the suit and attorney's fees.

3. Within a reasonable amount of time, the following injunctive relief is ordered consistent with the Unruh Civil Rights Act and Americans with Disabilities Act:

REASONABLY REPAIR THE DEFECTS ALLEGED IN THE OPERATIVE COMPLAINT. IF THE PARTIES DESIRE MORE SPECIFICITY, THEY SHOULD NOT LEAVE TO THE COURT WORK THEY SHOULD DO AND THEY SHOULD BRING A MOTION TO RESOLVE THIS MATTER.

The Court will retain jurisdiction to enforce this Judgment.

DATED: FEB 4, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

JUDGMENT

[PROPOSED] JUDGMENT